IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-11-547-R |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Plaintiff has filed an application for an award of $4,306.50 attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Doc. No. 21  Defendant has filed a response to Plaintiff's application, indicating he does not object to an award of EAJA attorney fees in the amount sought.  Therefore, Plaintiff's application is GRANTED and Plaintiff is awarded $4,306.50 in attorney fees pursuant to the EAJA, 28 U.S.C. § 2412(d). In the event Plaintiff's counsel is ultimately awarded attorney's fees pursuant to 42 U.S.C. § 406(b), Plaintiff's counsel must refund the smaller of the EAJA or the 406(b) award that he receives to Plaintiff pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 20th day of January, 2012.

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE