**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TRAVIS WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-11-547-R |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered herein this 20th day of January, 2012, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff have judgment against Defendant in the amount of $4,306.50 for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED this 20th day of January, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE